In the Matter of THOMAS R. KEARNEY, Appellant, *v.* FRANK C. MOORE, as New York State Comptroller, Respondent.

Submitted July 19, 1949; decided July 19, 1949.

*Nathaniel L. Goldstein, Attorney-General (Kent H. Brown* of counsel), for motion.

*Thomas R. Kearney,* in person, opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion upon the ground that no substantial constitutional question is involved.